UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRENT SMITH and BRENT JENKINS )
on behalf of themselves and all those )
similarly situated who consent to )
representation, )
                                                    ) Civil Action Number:
                                                    ) 1:12-cv-00729-WBH
                                                    ) FLSA Collective Action
      Plaintiffs, ) Jury Trial Demanded
v. )
)
CHEPES MEXICAN GRILL, LLC, )
a Georgia Corporation, )
)
      Defendant. )

**ORDER GRANTING PARTIES' MOTION TO
REOPEN CASE AND APPROVE SETTLEMENT AGREEMENT**

This matter comes before the Court upon the parties' Joint Motion to Reopen Case and Approve Settlement Agreement. The Court having reviewed the Motion and accompanying documents, hereby ORDERS as follows:

1. The Parties' Motion to Reopen this Case is GRANTED;

2. The Parties' Motion to Approve Settlement Agreement is GRANTED;

3. Defendant has fourteen (14) days from the date of this Order to make payments pursuant to the terms of the Settlement Agreement;

4. The Parties have fourteen (14) days from the date of receipt of payments to file a Joint Notice of Dismissal with Prejudice.

DONE and ORDERED this 17 day of May, 2013

_____
HONORABLE WILLIS B. HUNT
SENIOR JUDGE, UNITED STATES DISTRICT COURT

4851-7512-7571, v. 1